ACCEPTED
12-13-00386-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/6/2015 10:51:57 AM
CATHY LUSK
CLERK

# ALBERT J. CHARANZA, JR.
## CHARANZA LAW OFFICE, P.C.

412 SOUTH FIRST STREET
POST OFFICE BOX 1825
LUFKIN, TEXAS 75902
PHONE: (936) 634-8568    FAX: (936) 634-0306
alcharanza@consolidated.net
BOARD CERTIFIED-CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

8/6/2015 10:51:57 AM

CATHY S. LUSK
Clerk

August 6, 2015

Willie Owens, Inmate # 01899793
Lyncher Unit
2350 Atascocita Rd
Humble, Texas 77396

CERTIFIED MAIL
RETURN RECIRPT REQUESTED
#7012 2210 0001 8762 2609

RE:    Trial Court Cause No. 2013-0215; 159th Judicial District, Angelina County, Texas
        Appeal Case No. 12-13-00386-CR; Twelfth Court of Appeals, Tyler, Texas

Dear Willie:

Enclosed is a copy of the Opinion received from the Twelfth Court of Appeals wherein the judgment of the trial court was affirmed.

I will be withdrawing as your appellate attorney. Under Rule 68, Texas Rules of Appellate Procedure, you may file a Petition for Discretionary Review with the Texas Court of Criminal Appeals within thirty days of the court's decision or September 4, 2015. The Texas Court of Criminal Appeals is the highest court in Texas. The court reviews whether legal errors occurred in your case. You would need to submit written issues or questions to the court for review.

If you decide to file a pro se Petition for Discretionary Review, you must file your petition on or before July 16, 2105 with the Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

The Petition for Discretionary Review should be accordance with Rules 66-68 of the Texas Rules of Appellate Procedure. You may want to consult with someone in the law library to assist you in preparing a Petition for Discretionary review if you chose to file a petition. I am sending the Court of Appeals opinion to you as required under Rule 48.4 of the Texas Rules of Appellate Procedure.

Sincerely,

Albert J. Charanza, Jr.

CC:   Cathy S. Lusk, Clerk
       Twelfth Court of Appeals
       1517 West Front Street, Suite 354
       Tyler, Texas 75702

Via E-file

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Willie Owens, TDCJ#01899793
Pam. Lyncher unit
2350 Atascocita Rd.
Humble. Texas 77396

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ Collect on Delivery

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*   7012 2210 0001 8762 2609

PS Form **3811**, July 2013   Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To   Willie Owens #01899793
Street, Apt. No.; or PO Box No.   Lyncher unit 2350 Atascocita
City, State, ZIP+4   Humble, TX. 77396

PS Form 3800, August 2006   See Reverse for Instructions

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7012 2210 0001 8762 2609